IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02320-CMA-CBS

KATHRYN MCKELLAR, an individual and surviving heir of JONATHAN FROST,
    Plaintiff,
v.

VENTANA APARTMENTS, LLC,
VENTANA-DENVER, LLC, and
GREP SOUTHWEST, LLC – DBA GREYSTAR,
    Defendants.

## ORDER

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Defendants Ventana Apartments, LLC and Ventana-Denver, LLC's Motion to Amend Answer.  Pursuant to the Order Referring Case dated September 18, 2012 (Doc. # 8) and the memorandum dated November 27, 2012 (Doc. # 19), the Motion was referred to the Magistrate Judge.  On November 28, 2012, the court directed Plaintiff to file a response to Defendants' Motion on or before December 4, 2012. (*See* Doc. # 20).  As of this date, Plaintiff has not filed a response to Defendants' Motion. Accordingly, the court having reviewed the Motion, the pleadings, the entire case file, and the applicable law and being sufficiently advised in the premises, and no opposition having been filed by Plaintiff,

    IT IS ORDERED that Defendants Ventana Apartments, LLC and Ventana-Denver, LLC's Motion to Amend Answer (filed November 27, 2012) (Doc. # 18) is GRANTED and the Amended Answer of Defendants Ventana Apartments, LLC and Ventana-Denver, LLC is accepted for filing as of the date of this Order.  The Clerk of the Court shall docket Doc. # 18-1 as the Amended Answer of Defendants Ventana Apartments, LLC and Ventana-Denver,

LLC.

DATED at Denver, Colorado, this 14th day of December, 2012.

BY THE COURT:

   s/Craig B. Shaffer
United States Magistrate Judge