# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Civil Case No. 12-cv-2320-RM-CBS

KATHRYN McKELLAR, as an individual and Surviving Heir of JONATHAN FROST, and as Personal Representative of THE ESTATE OF JONATHAN FROST a/k/a Jonathan R. Frost a/k/a Jonathan Robert Frost,

    Plaintiff,

v.

VENTANA APARTMENTS, LLC;
VENTANA-DENVER, LLC; and
GREP SOUTHWEST, LLC-DBA GREYSTAR,

    Defendants.

## ORDER GRANTING STIPULATED MOTION FOR DISMISSAL

This matter comes before the Court on the Parties' Stipulated Motion for Dismissal filed September 24, 2015 (ECF No. 118). The Court, having reviewed the Motion and being fully advised, hereby ORDERS as follows:

The Parties' Stipulated Motion for Dismissal is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay its own costs.

Dated this 24th day of September, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge